694 A.2d 542

IN THE MATTER OF LARRY PLUMMER,
AN ATTORNEY AT LAW.

June 6, 1997.

## ORDER

The Disciplinary Review Board on December 20, 1996, having filed with the Court its decision concluding that **LARRY PLUMMER** of **SOMERSET**, who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 1.1 (gross neglect), *RPC* 3.3 (false statement of material fact to a tribunal), and *RPC* 3.5(c) (conduct intended to disrupt a tribunal);

And the Disciplinary Review Board having further concluded that respondent should be subject to random drug testing for a period of three years;

And good cause appearing;

It is ORDERED that **LARRY PLUMMER** is hereby reprimanded; and it is further

ORDERED that **LARRY PLUMMER** shall submit to random drug testing for a period of three years and until further Order of

the Court, the testing to be arranged and supervised by the Office of Attorney Ethics as it deems appropriate; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.